**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6039**

ROBERT LEE JENKINS, a/k/a Robert L. Jenkins,

       Plaintiff - Appellant,

    v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; GREGORY KNOWLIN,
Warden, Turbeville Correctional Institution; SHERRI SCOTT,
Sergeant TCI; NURSE GARRETT, TCI; ANGELA R. BROWN, Hearing
Officer, TCI,

       Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Richard Mark Gergel, District
Judge.  (8:09-cv-03293-RMG)

Submitted:  February 28, 2011      Decided:  March 9, 2011

Before TRAXLER, Chief Judge, and KING and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Lee Jenkins, Appellant Pro Se.   James M. Davis, Jr.,
DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lee Jenkins, a state prisoner, appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jenkins v. South Carolina Dep't of Corr., No. 8:09-cv-03293-RMG (D.S.C. Dec. 23, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED